[No. 4853-5-III.   Division Three.   September 28, 1982.]

*In the Matter of the Welfare of* WILLIAM T. RUSSELL, ET AL.

Appeal from a judgment of the Superior Court for Spokane County, No. 81-0-00792-6, Donald N. Olson, J., entered October 6, 1981. *Affirmed* by unpublished opinion

per Green, J., concurred in by McInturff, C.J., and Munson, J.